IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MELVIN HIGHTOWER and
SUE HIGHTOWER                                                                             PLAINTIFFS

VERSUS                                                          CIVIL ACTION NO. 4:04CV317-P-B

WATSON QUALITY FORD, INC., and
U.S. BANK, f/k/a FIRSTAR BANK, N.A.                                                      DEFENDANTS

**ORDER**

This cause is before the Court on the plaintiffs' Motion to Remand [7-1]. The Court, having duly considered the motion, finds as follows, to-wit:

In accordance with the findings and analysis set forth in this Court's Memorandum Opinion entered contemporaneously herewith, the plaintiffs' Motion to Remand is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiffs' Motion to Remand [7-1] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that plaintiffs' request for attorney's fees is not well-taken and should be, and hereby is, DENIED. IT IS FURTHER ORDERED that this cause is hereby REMANDED to the Second Judicial District of the Circuit Court of Carroll County, Mississippi.

SO ORDERED, this the 7th day of June, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE